IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Civil Action No. 1:20-cv-02757-DDD

FITNESS TOGETHER FRANCHISE, L.L.C.,

    Plaintiff,

v.

EM FITNESS, L.L.C.;
FT THREE, L.L.C.;
FT POLAND, L.L.C.; and
ERIN MELLINGER,

    Defendants.

## ORDER REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER

Before the court is Plaintiff's Motion for Temporary Restraining Order. (Doc. 3.)

It is ORDERED that:

To the extent Plaintiff's Motion for Temporary Restraining Order ("Motion for TRO") (Doc. 3) requests issuance of a temporary restraining order without notice to Defendants and an opportunity for Defendants to be heard, that request is DENIED because Plaintiff has not met the requirements of Federal Rule of Civil Procedure 65(b)(1). The court will not hold a hearing on Plaintiff's request for a temporary restraining order separate from a hearing on any motion for a preliminary injunction. *See Sac & Fox Nation of Mo. v. LaFaver*, 905 F. Supp. 904, 906-07 (D. Kan. 1995) (when opposing party is given notice and opportunity to be heard, motion for temporary restraining order follows same procedures

- 1 -

and is governed by same standards as motion for preliminary injunction (citing 11 Charles A. Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2951, at 500 (1973))).

In Plaintiff's Motion for TRO, Plaintiff anticipated that it would later move for a preliminary injunction as well. (Motion for TRO, Doc. 3, p. 20.) The court will allow the Plaintiff to amend its Motion for TRO into a motion for a preliminary injunction. If Plaintiff chooses to do so, Plaintiff must file an amended motion on or before September 15, 2020. If Plaintiff chooses not to amend its Motion for TRO, the court will treat that Motion for TRO as a motion for a preliminary injunction;

On or before September 22, 2020, Defendants shall respond to either Plaintiff's Motion for TRO (if Plaintiff fails to amend it on or before September 15, 2020) or Plaintiff's amended motion for a preliminary injunction (if one is filed). Plaintiff may file a reply on or before September 25, 2020;

Because Plaintiff filed this case and its Motion for TRO before the case was assigned to Judge Domenico, Plaintiff did not have the opportunity to comply with Judge Domenico's practice standards on word limits for such motions. The court liberally estimates that Plaintiff's opening Motion for TRO was approximately 6,500 words. Defendants' response(s) and Plaintiff's amended motion, if filed, therefore shall not exceed 6,500 words. Plaintiff's reply, if filed, shall not exceed 3,700 words;[1]

A hearing on Plaintiff's Motion for TRO or amended motion for a preliminary injunction (if filed) is SET for October 6, 2020 at 9:00 am; and

---

[1] Pursuant to Judge Domenico's practice standards, these word limits shall exclude the caption, signature block, certificate of service, and certificate of compliance with the applicable type-volume limitations. DDD Civ. P.S. III(A)(3).

- 2 -

Pursuant to Federal Rule of Civil Procedure 43(c), all direct witness testimony shall be submitted by affidavit in advance of the Preliminary Injunction Hearing, and live testimony at the hearing will be limited to cross-examination and redirect examination. Defendants' witness affidavits shall be filed electronically concurrently with their response brief(s), and Plaintiff's witness affidavits, to the extent not already in the record, shall be filed electronically on or before September 25, 2020. The parties are advised that the court intends to set time limits for the hearing and to focus the hearing on legal argument.

It is FURTHER ORDERED that:

In light of the conditions created by the ongoing COVID-19 pandemic, and pursuant to General Order Nos. 2020-3, 2020-6, 2020-9, 2020-10, 2020-14, and 2020-15, the Preliminary Injunction Hearing shall be conducted by video teleconference ("VTC"). No parties, attorneys, witnesses, or members of the public may attend the Preliminary Injunction Hearing in person;

The parties shall ensure that reliable video conferencing arrangements are made for themselves and their witnesses, and that witnesses testify from a room where there will be no interruptions and that has a connection with sufficient bandwidth;

Each party shall notify counsel for the opposing party of any exhibits it wishes the opposing party's witnesses to have for purposes of cross-examination on or before October 1, 2020. Each party shall ensure that its witnesses have copies of all exhibits that may be referenced during cross-examination and redirect examination; and

A VTC Status Conference is SET for October 1, 2020 at 10:30 a.m. to discuss procedures and logistics for the Preliminary Injunction Hearing.

No parties, attorneys, witnesses, or members of the public may attend the Status Conference in person.

It is FURTHER ORDERED that:

The parties shall file their proposed exhibit and witness lists for the Preliminary Injunction Hearing on or before September 25, 2020. Exhibit and witness list forms can be found at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonDanielDDomenico.aspx;

The parties shall provide the court with electronic copies of their exhibits on or before September 25, 2020. Except for any video or audio exhibits, the exhibits shall be in PDF file format. The file name for each exhibit shall include the exhibit number and description (e.g., "Exhibit 1 – Smith Affidavit"). Consult DDD Civ. P.S. II(C) regarding numbering of exhibits. The exhibits may be submitted by email to Domenico_Chambers@cod.uscourts.gov as attachments or via secure download link or delivered to the court on USB flash drive. If submitted on flash drive, three copies shall be provided;

The parties shall exchange with each other, whether electronically or in hard copy, the exhibits listed on their exhibit lists on or before September 25, 2020;

The parties shall file an estimate of the time required for their cross-examination of each of the opposing party's witnesses by 1:30 p.m. on September 28, 2020; and

Any motions affecting the Preliminary Injunction Hearing shall be filed by 1:30 p.m. on September 28, 2020, with responses due by 1:30

p.m. on September 29, 2020, and no replies will be permitted without leave of court.

It is FURTHER ORDERED that:

Counsel are directed to contact the Courtroom Deputy via email (patricia_glover@cod.uscourts.gov) no later than three business days before the Status Conference for instructions on how to proceed with VTC;

Members of the public may attend the Status Conference and the Preliminary Injunction Hearing by teleconference at (866) 390-1828, using Access Code 9792296#; and

All persons participating in court proceedings remotely by VTC or teleconference are prohibited, under penalty of contempt, from recording or broadcasting the proceeding in any manner.

It is FURTHER ORDERED that:

Plaintiff is directed to serve Defendants with a copy of this Order no later than September 14, 2020.

DATED: September 11, 2020			BY THE COURT:

							Hon. Daniel D. Domenico
							United States District Judge